IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE LUIS GARZA SAENZ, )<br>)<br>v. )<br>) CIVIL ACTION NO. B-03-079<br>AARON CABRERA, ACTING DIRECTOR )<br>    INS, HLG/DRO, and )<br>PHILIP D. TUTAK, INTERIM )<br>    DIRECTOR FOR INTERIOR )<br>    ENFORCEMENT, DEPARTMENT )<br>    OF HOMELAND SECURITY )<br>) | |

**UNOPPOSED MOTION TO TRANSFER**

On May 11, 2005, the REAL ID Act of 2005 became law. The REAL I D Act, is found within Division B of the "Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Tsunami Relief, 2005," Pub. L. No. 109-13, 119 Stat. 231. Specifically, §106 of Title I ("Amendments to Federal Laws to Protect Against Terrorist Entry") is entitled "Judicial Review of Orders of Removal." The effective date is May 11, 2005.

Section 106(c) provides that any case pending in district court in which an alien challenges a final administrative order of removal, deportation, or exclusion shall be transferred by the district court to the appropriate court of appeals. This is such a case.

Therefore, Respondents move this case be transferred to the United States Court of Appeals for the Fifth Circuit. Plaintiff **does not** oppose the transfer.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

s/ Lisa M. Putnam
LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315

August 10, 2005                Federal Bar No. 2393

### CERTIFICATE OF NON OPPOSITION

The undersigned has conferred with opposing counsel who is not opposed to this motion.

/s/ Lisa M. Putnam
LISA M. PUTNAM
Special Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Unopposed Motion to Transfer was automatically accomplished through the Notice of Electronic Filing, on August 10, 2005, to Lisa Brodyaga, Esquire.


/s/ Lisa M. Putnam
LISA M. PUTNAM
Special Assistant United States Attorney