IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE LUIS GARZA SAENZ, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-03-079 |
| AARON CABRERA, ACTING DIRECTOR ) | |
|     INS, HLG/DRO, and ) | |
| PHILIP D. TUTAK, INTERIM ) | |
|     DIRECTOR FOR INTERIOR ) | |
|     ENFORCEMENT, DEPARTMENT ) | |
|     OF HOMELAND SECURITY ) | |
| ) | |

**ORDER TO TRANSFER**

The Respondents' unopposed motion to transfer is **GRANTED.** This case is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231, §106. The Clerk shall transmit the file forthwith.

Dated this _____ day of _____, 2005.

_____
United States District Court Judge