**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
**ENTERED**

**AUG 1 6 2005**

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

| | |
|---|---|
| JOSE LUIS GARZA SAENZ,                )<br>                                                         )<br>v.                                                     )<br>                                                         ) CIVIL ACTION NO. B-03-079<br>AARON CABRERA, ACTING DIRECTOR )<br>     INS, HLG/DRO, and                        )<br>PHILIP D. TUTAK, INTERIM             )<br>     DIRECTOR FOR INTERIOR         )<br>     ENFORCEMENT, DEPARTMENT )<br>     OF HOMELAND SECURITY          )<br>_____ ) | |

**ORDER TO TRANSFER**

The Respondents' unopposed motion to transfer is **GRANTED.**   This case is

transferred to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L.

No. 109-13, 119 Stat. 231, §106.  The Clerk shall transmit the file forthwith.

Dated this _15th_ day of _August_ , 2005.

United States  **Magistrate Judge**