# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

**August 17, 2005**

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: **Jose Luis Cabrera Saenz**

VS.

**Aaron Cabrera, Acting Dir., et al.**

**CA B-03-079**

Dear Sir:

Pursuant to Administrative Order in accordance with the REAL ID Act dated July 8, 2005, issued by the United States Court of Appeals for the Fifth Circuit, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the Order transferring the case and docket entries.

[X] Record consisting of __**1**__ Volume(s) of the record; _____ Volume(s) of the transcript;

[ ] Other:_____

[X] U.S. Magistrate Judge entering the order transferring this case is:_____
        **Felix Recio**

[ ] Court reporter assigned to this case is_____

[X] This case was transferred without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _____
Maricela Perez, Deputy Clerk

cc:   File