# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk



**August 17, 2005**      05-60857

Mr. Charles R. Fulbruge, III, Clerk       Re:   **Jose Luis Cabrera Saenz**
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102                  VS.
New Orleans, Louisiana 70130

United States District Court
Southern District of Texas
FILED
AUG 3 1 2005
Michael N. Milby
Clerk of Court

**Aaron Cabrera, Acting Dir., et al.**

**CA B-03-079**

Dear Sir:

Pursuant to Administrative Order in accordance with the REAL ID Act dated July 8, 2005, issued by the United States Court of Appeals for the Fifth Circuit, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the Order transferring the case and docket entries.

[X] Record consisting of __1__ Volume(s) of the record; _____ Volume(s) of the transcript;

[ ] Other:_____

[X] U.S. Magistrate Judge entering the order transferring this case is:_____
    **Felix Recio**

[ ] Court reporter assigned to this case is_____

[X] This case was transferred without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _Maricela Perez_
Maricela Perez, Deputy Clerk

AUG 1 9 2005

cc:   File